IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 04-cr-00404-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   JESUS BORJAS-ALVAREZ,
2.   ISAUL VILLALOBOS-RUIZ, and
**3.**   **HEBER RUIZ-CORRAL**,

    Defendants.

---

## ORDER TO CONTINUE SENTENCING HEARING

---

The Government's Unopposed Motion to Continue Sentencing (Dkt. # 158) is GRANTED. The sentencing hearing on behalf of Defendant Heber Ruiz-Corral, currently set for February 21, 2006, is CONTINUED to **March 31, 2006 at 8:30 a.m.**

    DATED: February 22, 2006

                                                BY THE COURT:

                                                *s/ Phillip S. Figa*
                                                _____
                                                Phillip S. Figa
                                                United States District Judge