IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 04-cr-00404-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    JESUS BORJAS-ALVAREZ,
2.    ISAUL VILLALOBOS-RUIZ, and
**3.**    **HEBER RUIZ-CORRAL**,

    Defendants.

---

## ORDER TO CONTINUE SENTENCING HEARING

---

Defendant Ruiz-Corral's [Unopposed] Motion to Continue Sentencing Date (Dkt. # 169) is GRANTED. The sentencing hearing on behalf of Defendant Heber Ruiz-Corral, currently set for March 31, 2006, is CONTINUED to **May 19, 2006 at 1:30 p.m.**

DATED: March 23, 2006

                                        BY THE COURT:

                                        *s/ Phillip S. Figa*

                                        _____
                                        Phillip S. Figa
                                        United States District Judge